# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

LEE EDWARD JONES,

    Petitioner,

v.                                    CASE NO. 5:10cv51-RH/EMT

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 6). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The petitioner's motion for voluntary dismissal (document 5) is GRANTED. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

    SO ORDERED on May 19, 2010.

                                                   s/Robert L. Hinkle
                                                   United States District Judge